**Order entered November 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00524-CV

### BRIAN CAYCE BERTRAND, Appellant

### V.

### JOHN DAVID BERTRAND AND ANDREA GAIL ROBINSON BERTRAND, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15646**

## ORDER

Before the Court is Brian Cayce Bertrand's October 14, 2014 Motion for Leave to File an Amended Brief to Correct Errors and Omissions in References to the Record. We **DENY** the motion.

/s/    ROBERT M. FILLMORE
          PRESIDING JUSTICE